Case 3.06-cr-00449-MAS   Document 303   Filed 07/24/08   Page 1 of 1 PageID: 2552

Michael E. Riley, Esquire
**LAW OFFICES OF RILEY & RILEY**
The Washington House
100 High Street, Suite 103
Mount Holly, New Jersey 08060
(609) 914-0300
Attorney for Defendant

| | |
|---|---|
| STATE OF NEW JERSEY, | : | UNITED STATES DISTRICT COURT |
| Plaintiff *USA* | : | |
| vs. | : | DOCKET NO.: 06-00449-011 |
| | | **CRIMINAL ACTION** |
| GAIL SMITH, | : | |
| Defendant | : | **ORDER** |

This matter having been opened to the Court by Michael E. Riley, Attorney for the

Defendant, Gail Smith and with the consent of Kevin Smith, Esquire appearing on behalf of the

United States of America:

It is **ORDERED** that the date for Gail Smith's voluntary surrender to FPC Alderson be

extended from Friday, August 1, 2008 to Friday, August 29, 2008.

The Honorable Freda L. Wolfson, USDJ        7-23-08

Michael E. Riley, Esquire, Attorney for Defendant

Kevin Smith, Esquire        7-24-08