FROM : LAW OFFICES OF MICHAEL RILEY    FAX NO. :6099140323    Jul. 23 2008 09:33AM P2
Fax sent by : 8569684917                                       07-22-08 05:05p  Pg: 2/2
Fax from : 6099140323

Case 3:06-cr-00449-FLW   Document 303   Filed 07/24/08   Page 1 of 1 PageID: 2552

Michael E. Riley, Esquire
**LAW OFFICES OF RILEY & RILEY**
The Washington House
100 High Street, Suite 103
Mount Holly, New Jersey 08060
(609) 914-0300
Attorney for Defendant

---

STATE OF NEW JERSEY, [circled, crossed out, replaced with "USA"]

Plaintiff

vs.

GAIL SMITH,

Defendant

: UNITED STATES DISTRICT COURT

: DOCKET NO.: 06-00449-011

: **CRIMINAL ACTION**

: **ORDER**

---

This matter having been opened to the Court by Michael E. Riley, Attorney for the Defendant, Gail Smith and with the consent of Kevin Smith, Esquire appearing on behalf of the United States of America:

It is **ORDERED** that the date for Gail Smith's voluntary surrender to FPC Alderson be extended from Friday, August 1, 2008 to Friday, August 29, 2008.

_____  7-23-08
The Honorable Freda L. Wolfson, USDJ

_____
Michael E. Riley, Esquire, Attorney for Defendant

_____  7-24-08
Kevin Smith, Esquire  AUSA